UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM R. SYRJALA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOTAL HEALTHCARE SOLUTIONS, )<br>INC. a/k/a/ THE PENCHART )<br>CORPORATION, )<br>)<br>Defendant ) | No. 98-CV-11745-NG – Lead |
| TOTAL HEALTHCARE SOLUTIONS )<br>INC. a/k/a THE PENCHART )<br>CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM R. SYRJALA, )<br>)<br>Defendant ) | No. 1999-CV-12024-RCL |

## MOTION TO SCHEDULE STATUS CONFERENCE

William R. Syrjala, the plaintiff in the main action, (case number 98-11745-NG), hereby moves that the court schedule a brief status conference in this action in the near future. A case status conference that was originally scheduled by the Court for April 17th, 2000, then subsequently re-scheduled by the Court for May 9th but was subsequently taken off the list.

Mr. Syrjala asks that a status conference be scheduled for a soon as possible in light of recent history of this action, towit, cross motions for summary judgment were briefed in the fall

[handwritten margin notes: "Certified 29C, Allowed, Status Conference Set for 9/6/00 at 11:30 pm  M. McCoy Deputy Clerk  6/22/00"]
[stamp: DOCKETED]
[handwritten: 100]

of 1999 and argued in December of 1999. Trial was originally set for January 10, 2000, but at the summary judgment hearing on December 28, 1999, the Court referred the case to Judge Mazzone for mediation. A tentative settlement appeared to have been reached in mediation, and Judge Mazzone reported the matter settled and a thirty day order was entered. When it subsequently became apparent however that the tentative settlement could not be finalized, on February 3, 2000, the plaintiff moved to have the action re-opened. The Court initially deferred ruling on that motion and scheduled the above referenced status conference, initially for April 17, 2000.

Unfortunately, the case still has not settled and it appears that it should be placed back on the docket and brief status conference held in order to establish appropriate dates for a final pretrial conference and for trial.

Mr. Syrjala asks that, if possible, the conference be scheduled for sometime during the month of June, 2000. If no dates are available in June and the conference is scheduled for July, Mr. Syrjala asks that the conference not be scheduled on July 12 or 13, on which days plaintiff's counsel has prior commitment.

WILLIAM R. SYRJALA,

By his attorney,

_____
Stephen M. Voltz
BBO No. 544636
The Water Street Mill
13 Water Street
Holliston, Massachusetts 01746
(508) 893-7900

May 26, 2000

## Rule 7.1(2) Certification

I hereby certify that by fax dated May 18, 2000, I requested that counsel for the defendants confer with me concerning the issues that are the subject of this motion, but as of this date have received no substantive response.

_____
Stephen M. Voltz

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused this document to be served on counsel for each other party by hand/first class mail.

_____

Dated: May 26, 2000